tiff had been formed by filing its articles of organization.

 Further, with respect to the exercise of the option that was part of the Lease Agreement with Option to Purchase, there is authority for the proposition that when a tenant who possesses an option to purchase the leased real estate exercises that option, the landlord is bound to convey the real estate in compliance with the option agreement; that by exercising the option the tenant has a right to assign its rights pursuant to the terms of the option without the landlord's consent. *See Leegar Realty Corp. v. Electromatic Mfg. Corp.*, 272 A.D. 1069, 74 N.Y.S.2d 766 (1947). *See also 3 Thompson on Real Property*, § 1156, pg. 573 (1980); 52 C.J.S. *Landlord and Tenant* § 119 pg. 186 and § 128 pg. 198 (2003). Once a lessee exercises an option to purchase leased real estate, the lessee is in possession of that property pursuant to a contract to purchase. *Bullock v. Cutting*, 155 A.D. 825, 140 N.Y.S. 686, 688 (1913). The contract to purchase that is created upon the exercise of the option is separate and apart from the lease agreement. *Id.*, 140 N.Y.S. at 688. A requirement in the lease agreement that the lessor consent to the assignment of the lease is not necessarily applicable to the contract to purchase the real estate that results from the exercise of the option. *Id.* Whether there is a basis for requiring consent to the assignment of the contract to purchase the real estate to defendant separate from the requirement for consent to be given to the assignment of the lease may be addressed at trial. Point III is granted. The judgment is reversed and the case remanded for further proceedings.

BATES and SCOTT, JJ., concur.

Tim ASHER, Appellant,

v.

NORTH CENTRAL MISSOURI COLLEGE, Respondent.

No. WD 68256.

Missouri Court of Appeals, Western District.

May 6, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 2008.

George E. Proctor, Jr., Liberty, MO, for Appellant.

Sarah Wight, Chesterfield, MO, for Respondent.

Before VICTOR C. HOWARD, C.J., LISA WHITE HARDWICK, and JAMES EDWARD WELSH, JJ.

### ORDER

PER CURIAM.

Tim Asher appeals the circuit court's judgment granting North Central Missouri College's motion for summary judgment. We affirm. Rule 84.16(b).